# Rob Adams

## NON-COMPETE/NON-DISCLOSURE AGREEMENT

This NON-COMPETE and NON-DISCLOSURE Agreement (this "Agreement"), effective 03/18/2024 when countersigned below, shall constitute an agreement intended to protect certain confidential and proprietary information and trade secrets ("Confidential Information") relating to the business of Enevive LLC and or any of its affiliate companies, a Utah limited liability company, on one hand, and, on the other hand. Collectively these entities shall be referred to as "Parties", as of the date executed by the company (the "Effective Date"). For purposes of this agreement enevive, may be referred to as ("the Company" OR the "Disclosing Party") and Rob Adams is hereinafter referred to as (the "Recipient").

**RECITALS**

A. Enevive and Rob Adams "parties" desire to enter into confidential negotiations with respect to a potential business opportunity (the "Business Purpose").

B. Both "parties" are willing to disclose such requested information to each other, provided that, prior to such disclosure, the "parties" enter into this Agreement to ensure that such information will be kept confidential and only be used for joint business purposes.

C. Both "parties" shall strictly maintain the confidentiality of the Proprietary Information. Proprietary information may be shared between the Parties themselves for use in scoping, estimating, and completing future joint business projects.

**AGREEMENT**

**1. Non-Compete**

1.1 General. During this agreement The Recipient, its principals and or owners, shall not represent, provide services for or engage in any other way any other business of a similar nature to the business of Enevive (water testing, water treatment consulting, sales methods of selling water treatment products, water research, pure water sales, retail water stores, and water related products and lastly, any welcoming new home owner scripts) without prior written consent of Enevive.

1.2 Time period. The Recipient warrants and guarantees that during this Agreement, and for the **24 month period** following the termination of this agreement, shall not directly or indirectly engage in any similar business, with anyone other than the Disclosing party, who's business includes the following: water testing, water treatment consulting, sales methods of selling water treatment products, water research, pure water sales, retail water stores, leasing of water systems to businesses, and or water related products/containers and lastly, any welcoming new home owner scripts. This includes other specific business ideas documented and revealed during this Agreement.

1.3 Mutual agreement. The Disclosing party warrants and guarantees that during this Agreement, and for the 24-month period following the terminations of this agreement, shall not directly or indirectly engage in any similar business as the Recipient's, or other specific business ideas documented and revealed by the recipient during this period of time.

**2. Confidential Information**

2.1 General. As used herein "Confidential Information" shall mean any and all technical and non-technical information provided by either "party", including but not limited to:

- data



- proprietary information relating to products, inventions, plans, methods, processes, systems, know-how, developmental or experimental work,
- computer programs
- apps
- databases and or contacts
- authorship
- customer lists (including the names, buying habits or practices of any clients)
- the names of vendors or suppliers
- marketing methods
- reports
- analyses
- business plans
- financial information
- statistical information
- or any other subject matter pertaining to any business of the Company or any it's respective clients, consultants, or licensees that is disclosed to the recipient under the terms of this Agreement.

2.2 Permitted Disclosure. Confidential Information does include information which:

- Has become generally known to the public through no wrongful act by the "parties"
- Has been rightfully received by the "parties" from a third party without restriction on disclosure and without breach of an obligation of confidentiality running either directly or indirectly to the "parties";
- Has been approved for release to the general public by written authorization of the "parties";
- Has been disclosed pursuant to the requirement of a governmental agency or a court of law without similar restrictions or other protections against public disclosure.

2.3 Confidentiality. Each "party" acknowledges that it will have access to certain the other "parties" Confidential Information and agrees that it shall not directly or indirectly divulge, disclose, or communicate any of the Confidential Information to any third party, except as may be required in the course of any formal business association or dealings with the either "party" and in any event, only with the prior written approval of the Disclosing Party. The Recipient acknowledges that no license of the Confidential Information, by implication or otherwise, is granted to the Recipient by reason of this Agreement. Additionally, the Recipient acknowledges that it may only use the Confidential Information in connection with its business dealings with the Disclosing Party and for no other purpose without the prior written consent of the Disclosing Party. Both "parties" further agree that all Confidential Information, including without limitation any documents, files, reports, notebooks, samples, lists, correspondence, software, or other written or graphic records provided by the either "party", or produced using the either "parties" Confidential Information, will be held strictly confidential and returned upon request to the Disclosing Party. The term of this Agreement will be ongoing as long as the Parties are working together in any formal capacity. The conditions of this Agreement shall survive the termination of this Agreement.

2.4 Consultants and Employees Bound. Recipient agrees to disclose the Confidential Information to any agents, affiliates, directors, officers or any other employees (collectively,

*RA*

the "Employees") solely on a need-to-know basis and represents that such Employees have signed appropriate non-disclosure agreements or taken appropriate measures imposing on such Employees a duty to third parties (1) to hold any third party proprietary information received by such Employees in the strictest confidence, (2) not to disclose such third party Confidential Information to any other third party, and (3) not to use such Confidential Information for the benefit of anyone other than to whom it belongs, without the prior express written authorization of the Disclosing Party.

2.5 Return of Materials. Upon termination or expiration of the Agreement, or upon written request of the Company, the recipient shall promptly return to the Company all documents and other tangible materials representing the Company's Confidential Information and all copies thereof. The Company shall notify immediately the recipient upon discovery of any loss or unauthorized disclosure of the Confidential Information.

2.6 Standard of Care. The receiving party shall use the same degree of care to protect the confidentiality of the Confidential Information disclosed to it as it uses to protect its own Confidential Information, but in all events shall use at least a reasonable degree of care.

### 3. Remedies.

3.1 Legal Action. Should either "party" breach any of the provisions of this Agreement by unauthorized use, or by disclosure of the Confidential Information to any unauthorized third party which results in damages, that prevailing party will receive from the losing "party" a minimum payment of **$250,000.00**, plus any additional loss or expense incurred by the Company as a result of such use or unauthorized disclosure or attempted disclosure, including without limitation court costs and reasonable attorney's fees incurred by the Company in enforcing the provisions hereof.

3.2 Protection. Both "parties" further agree that any unauthorized use of or disclosure of the Confidential Information will result in irreparable damage to the prevailing party and shall be entitled to an award by any court of competent jurisdiction of a temporary restraining order and/or preliminary injunction against such unauthorized use or disclosure by the losing party without the need to post a bond. Such remedies, however, shall not be deemed to be the exclusive remedies for any breach of this Agreement but shall be in addition to all other remedies available at law or equity.

### 4. Obligations.

4.1 No Obligation to Contract. No disclosure of Confidential Information and no obligation hereunder shall be construed to obligate either of the party's to: (i) enter into any further agreement or negotiation with or make any further disclosure to the other party hereto.

4.2 No Public Announcement. No public announcement may be made by either party concerning this Agreement or the related discussions without prior written approval of the other party, which it may grant or withhold in its sole discretion.

DATE: _____ 03/18/2024

_____
Trent Spafford
Founder/CEO
ENEVIVE

RA

*Rob Adams*
_____
Rob Adams

DATE: 03/18/2024
_____