# At-Will Employment Agreement and

# Acknowledgement of Receipt of Employee Handbook

Employee: _Trevor Lee_

I acknowledge that I have been provided with a copy of the ENEVIVE (the "Firm") Employee Handbook, which contains important information on the Firm's policies, procedures, and benefits, including the policies on Anti-Harassment/Discrimination, Substance Use and Abuse and Confidentiality. I understand that I am responsible for familiarizing myself with the policies in this handbook and agree to comply with all rules applicable to me.

I understand and agree that the policies described in the handbook are intended as a guide only and do not constitute a contract of employment. I specifically understand and agree that the employment relationship between the Firm and me is at-will and can be terminated by the Firm or me at any time, with or without cause or notice. Furthermore, the Firm has the right to modify or alter my position or impose any form of discipline it deems appropriate at any time. Nothing in this handbook is intended to modify the Firm 's policy of at-will employment. The at-will employment relationship may not be modified except by a specific written agreement signed by me and an authorized representative of the Firm. This is the entire agreement between the Firm and me regarding this subject. All prior or contemporaneous inconsistent agreements are superseded.

I understand that the Firm reserves the right to make changes to its policies, procedures or benefits at any time at its discretion. However, the at-will employment agreement can be modified only in the manner specified above. I further understand that the Firm reserves the right to interpret its policies or to vary its procedures as it deems necessary or appropriate.

I have received the Firm Employee Handbook. I have read (or will read) and agree to abide by the policies and procedures contained in the Handbook.

Signature: _____    Date: _3/18/25_