Steven R. Sumsion (#8317)
**SUMSION BUSINESS LAW**
1800 Novell Place, 5th Floor
Provo, Utah 84606
Tel: (801) 375-2830
Email: steve@businesslawutah.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **ENEVIVE, LLC,** a Utah limited liability company,<br><br>     Plaintiff,<br><br>v.<br><br>**BLUELOGIC, LLC,** a Utah limited liability company, **CHRISTOPHER (TOPHER) SCHEELER,** an individual, **CHRISTOPHER WATSON,** an individual, **TREVOR LEE**, an individual, **JARED BAYLESS,** an individual, and **DOES 1-10,**<br><br>     Defendants. | **STIPULATED NOTICE OF DISMISSAL**<br><br>Case No. 2:25-cv-00796-TC-CMR<br><br>Judge Tena Campbell<br>Magistrate Judge Cecilia M. Romero |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Enevive, LLC,

and Defendants BlueLogic, LLC, Christopher Scheeler, Christopher Watson, Trevor Lee, and

Jared Bayless (collectively, the "Parties"), by and through their respective counsel of record,

hereby stipulate and voluntarily agree to dismiss, without prejudice, this action and all claims

therein, and further stipulate that the Parties should bear their own respective costs and attorney

fees incurred to this point.

     DATED this 13th day of April 2026.

/s/ Steven R. Sumsion

Steven R. Sumsion
*Attorney for Plaintiff*


/s/ Matthew C. Piccolo

Matthew C. Piccolo
Brady Brammer
*Attorneys for Defendants*
*(Electronically signed with*
*permission)*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I caused a true and correct copy of the foregoing **STIPULATED NOTICE OF DISMISSAL** to be filed through the Court's online filing system, causing electronic notice to be given to all parties.

/s/ Isaac Tanner

Isaac Tanner
*Paralegal*